FREDRIC D. WOOCHER (SBN 96689)
DALE A. LARSON (SBN 266165)
SALVADOR E. PÉREZ (SBN 309514)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Tel: (310) 576-1233 ● Fax: (310) 319-0156
fwoocher@strumwooch.com
dlarson@strumwooch.com
sperez@strumwooch.com

RONAK N. PATEL (SBN 249982)
Office of the County Counsel
County of Riverside
3960 Orange Street, Suite 500
Riverside, California 92501
Tel: (951) 955-3600 ● Fax: (951) 955-6363
rpatel@rivco.org

*Attorneys for Respondents and Defendants Riverside County; Riverside County Board of Supervisors; Kevin Jeffries; Karen Spiegel; Chuck Washington; V. Manuel Perez; and Jeff Hewitt, in their official capacities as members of the Riverside County Board of Supervisors; and Rebecca Spencer, in her official capacity as the Riverside County Registrar of Voters*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| INLAND EMPIRE UNITED; EVELYN ARANA; ELIZABETH AYALA; ARACELI CALDERA; EDGAR CASTELAN; ROBERT GARCIA; and DAISY LOPEZ,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>RIVERSIDE COUNTY; RIVERSIDE COUNTY BOARD OF SUPERVISORS; KEVIN JEFFRIES; KAREN SPIEGEL; CHUCK WASHINGTON; V. MANUEL PEREZ; and JEFF HEWITT, in their official capacities as members of the Riverside County Board of Supervisors; and REBECCA SPENCER, in her official capacity as the Riverside County Registrar of Voters,<br><br>Respondents and Defendants. | Case No. **5:22-CV-1366**<br><br>[Riverside County Superior Court Case No. CVRI 2202423]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**<br><br>Date Action Filed: June 14, 2022 |

Printed on Recycled Paper

*Inland Empire United, et al. vs. Riverside County et al.*
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)
CASE NO.:

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Respondents and Defendants RIVERSIDE COUNTY; RIVERSIDE COUNTY BOARD OF SUPERVISORS; KEVIN JEFFRIES; KAREN SPIEGEL; CHUCK WASHINGTON; V. MANUEL PEREZ; and JEFF HEWITT, in their official capacities as members of the Riverside County Board of Supervisors; and REBECCA SPENCER, in her official capacity as the Riverside County Registrar of Voters (collectively, "Defendants"), pursuant to 28 U.S.C. § 1441(a), hereby removes this civil action from the Superior Court of California for the County of Riverside, where it is currently pending as Case No. CVRI 2202423, to the United States District Court for the Central District of California, Eastern Division.  The grounds for removal are as follows:

1. This action was commenced on June 14, 2022, with the filing by Petitioners and Plaintiffs Inland Empire United, Evelyn Arana, Elizabeth Ayala, Aracelli Caldera, Edgar Castelan, Robert Garcia, and Daisy Lopez (collectively, "Plaintiffs") of a Verified Petition for Writ of Mandate and Complaint for Declaratory and Injunctive Relief (the "Complaint") in the Superior Court of California for the County of Riverside, captioned as *Inland Empire United et al. v. Riverside County et al.*, Superior Court Case No. CVRI 2202423.  A true and correct copy of the Complaint, together with all other process, pleadings, and orders served on Defendants in the state court action, is attached hereto and is included in **Exhibit 1**.

2. This Court has original jurisdiction over this action as a civil action "arising under the Constitution, laws, or treaties of the United States" under 28 U.S.C. § 1331, and the action is therefore removable pursuant to 28 U.S.C. § 1441(a).  The Complaint alleges that Defendants violated the California Fair and Inclusive Redistricting for Municipalities and Political Subdivisions ("FAIR MAPS") Act and the equal protection provisions of the California Constitution in adopting the redistricting plan for the Riverside County Board of Supervisors in December 2021 (the "2021 Redistricting Plan").  Complaint, ¶¶ 1-2.  As alleged in the Complaint, the FAIR MAPS Act "expressly

2

*Inland Empire United, et al. vs. Riverside County et al.*
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)
CASE NO.:

requires county redistricting plans to comply with Section 2 of the federal Voting Rights Act ('VRA') and the United States and California Constitutions," *ibid.*, ¶ 34; s*ee* Cal. Elec. Code, § 21500(b), and the principal allegation in the Complaint's First Cause of Action is that "the 2021 Redistricting Plan violates the FAIR MAPS Act *because it does not comply with Section 2 of the federal Voting Rights Act*," Complaint, ¶ 93 (emphasis added). Defendants dispute this allegation and dispute that Plaintiffs are entitled to any relief. Plaintiffs' right to relief under state law thus "requires resolution of a substantial question of federal law in dispute between the parties." *Franchise Tax Bd. of Cal. v. Construction Laborers Vacation Trust for Southern Cal.*, 463 U.S. 1, 13 (1983); *see generally Grable & Sons Metal Products, Inc. v. Darue Engineering & Mfg.*, 545 U.S. 308, 314 (2005) (the question for the exercise of federal jurisdiction is "does a state-law claim necessarily raise a stated federal issue, actually disputed and substantial, which a federal forum may entertain without disturbing any congressionally approved balance of federal and state judicial responsibilities").

3. This Notice of Removal is timely in that it is being filed within thirty (30) days of service of the Complaint upon all Defendants in accordance with 28 U.S.C. § 1446(b). Service was effected on all Defendants pursuant to California Code of Civil Procedure section 415.30 on July 5, 2022 — the date that Defendants' counsel executed and returned the Notice of Acknowledgment and Receipt to Plaintiffs' counsel. *See Gonzalez v. Lightcap*, 2018 WL 3753019 (C.D. Cal. Aug. 7, 2018).

4. All Defendants join in this Notice of Removal and consent to the removal of this action to this Court.

5. This action is properly removed to the United States District Court for the Central District of California, Eastern Division, which is "the district court of the United States for the district and division within which [the] action is pending." 28 U.S.C. § 1446(a).

6. As required by 28 U.S.C. §1446(d), Defendants will give written notice to all adverse parties and will file a copy of this Notice of Removal with the clerk of the

3

*Inland Empire United, et al.  vs. Riverside County et al.*
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)
CASE NO.:

1  Superior Court for the County of Riverside.

2        7.    By filing this Notice of Removal, Defendants do not waive any defenses that may be available to them, including without limitation any defenses relating to service, process, and jurisdiction, and Defendants do not concede that the allegations in the Complaint state a valid claim under any applicable law.

      8.    Defendants reserve the right to submit additional factual support, evidence, and legal arguments to support the basis for federal jurisdiction as may be necessary at the appropriate time.

Dated:    August 3, 2022    Respectfully submitted,

OFFICE OF COUNTY COUNSEL
COUNTY OF RIVERSIDE
Ronak N. Patel, Chief Deputy County Counsel

STRUMWASSER & WOOCHER LLP
Fredric D. Woocher
Dale K. Larson
Salvador E. Pérez

BY: _____
           Fredric D. Woocher

*Attorneys for Respondents and Defendants Riverside County; Riverside County Board of Supervisors; Kevin Jeffries; Karen Spiegel; Chuck Washington; V. Manuel Perez; and Jeff Hewitt, in their official capacities as members of the Riverside County Board of Supervisors; and Rebecca Spencer, in her official capacity as the Riverside County Registrar of Voters*

4

*Inland Empire United, et al. vs. Riverside County et al.*
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)
CASE NO.: