UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01366-SSS-ASx | Date | September 28, 2022 |
| Title | *Inland Empire United, et al. v. Riverside County, et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: ORDER FOR SUPPLEMENTAL BRIEFING REGARDING PLAINTIFF'S MOTION TO REMAND [Dkt. 12]**

Before the Court is a Motion to Remand filed by Plaintiffs Inland Empire United and six individual Latino voters (collectively, "Plaintiffs") [Dkt. 12]. The Motion is fully briefed. [Dkt. 15, 17]. The Court has considered the parties' briefs, as well as Plaintiffs' Complaint [Dkt. 1-1] and the Notice of Removal filed by Riverside County, the County's Board of Supervisors, each Board member in his or her individual capacity, and the County's Registrar of Voters (collectively, "Defendants") [Dkt. 1].

Upon review of these materials, the Court has determined that issues necessary for a full and fair resolution of Plaintiffs' Motion have not so far been adequately briefed.

The Court therefore orders the parties to file supplemental briefs addressing:

a. Whether the FAIR MAPS Act establishes a cause of action against a local redistricting body for failure to properly apply the Act's mandatory ranked criteria or "adopting district boundaries for the purpose of favoring or discriminating against a political party" *and*
b. Whether Article I § 2, § 7, or any other provision of the California Constitution provides a right of action for government policy or

practice that (i) infringes on the individual right to vote and/or (ii) disparately impacts members of suspect class, absent evidence that the policy or practice was motivated by discriminatory intent.

c. Whether Article I § 2, § 7, or any other provision of the California Constitution, whether independently or in conjunction with the FAIR MAPS Act, provides a basis on which to challenge an apportionment scheme that denies a cohesive bloc of minority voters the opportunity to elect their candidates of choice.

Plaintiffs' supplemental brief must be filed no later than October 14, 2022. Defendants' supplemental brief must be filed no later than October 28. Plaintiffs may file a reply brief no later than November 4.

The hearing on this Motion [Dkt. 12] previously scheduled for September 30 is hereby **RESET** for November 18, 2022 at 2:00 p.m.

**IT IS SO ORDERED.**